IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| LISTER HARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-045 |
| | ) | |
| CITY OF EASTMAN, GA; BECKY SHEFFIELD; WESLEY DYAL; JAMES ATKINS; DUSTIN ROGERS; and WILLIAM A. LUECKE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Defendants removed this case to federal court on June 9, 2023, (doc. no. 1), and Defendants Atkins, City of Eastman, Dyal, Rogers, and Sheffield filed their answer on June 12, 2023, (doc. no. 5). Defendant Luecke filed his answer on June 23, 2023, (doc. no. 7), and a motion to dismiss on August 7, 2023, (doc. no. 16).  The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. nos. 2, 10.)  However, no Rule 26(f) Report has been filed.  The pendency of the motion to dismiss before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 17th day of August, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA