IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| LISTER HARRELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CITY OF EASTMAN, GA; BECKY SHEFFIELD, Eastman Police Chief; WESLEY DYAL, Individually and in his capacity as Eastman Police Officer; JAMES ATKINS, Individually and in his capacity as Eastman Police Officer; DUSTIN ROGERS, Individually and in his capacity as Eastman Police Officer; and WILLIAM A. LUECKE, | * * * * * * * * * * | CV 323-045 |
| Defendants. | * | |

O R D E R

Presently before the Court is a "Stipulation of Dismissal Without Prejudice," signed by all parties who have appeared in the case. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia this 15th day of November, 2023.

UNITED STATES DISTRICT JUDGE